IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-03064-WYD-KMT

JAMES A. JABLONSKI,

    Plaintiff,

v.

ENERGIZER HOLDINGS, INC., a corporation,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendant Energizer Holdings, Inc.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated:  March 10, 2011

                                                  BY THE COURT:

                                                  s/ Wiley Y. Daniel
                                                  Wiley Y. Daniel
                                                  U. S. District Judge